IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JESUS M. VAZQUEZ,            )
                             )
         Plaintiff,          )
                             )        1:10CV751
    v.                       )
                             )
OFFICER WALN, Correctional   )
Officer, J. KELLY, Unit Manager,)
T. HILDRETH, Unit Assistant  )
Manager, and LEWIS SMITH,    )
Administrative I Officer,    )
                             )
         Defendants.         )


**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on November 30, 2011, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the motion to dismiss of Defendants J. Kelly, T. Hildreth, and Lewis Smith [Doc. 15] is **GRANTED**, and that the motion to dismiss of Defendant Waln [Doc. 20] is **GRANTED IN PART AND DENIED IN PART.**

                                                /s/ William L. Osteen, Jr.
                                                United States District Judge

Date: February 14, 2012