IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JESUS M. VAZQUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:10CV751 |
| v. ) | |
| ) | |
| OFFICER WALN, Correctional ) | |
| Officer, J. KELLY, Unit Manager,) | |
| T. HILDRETH, Unit Assistant ) | |
| Manager, and LEWIS SMITH, ) | |
| Administrative I Officer, ) | |
| ) | |
| Defendants. ) | |

ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on November 30, 2011, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the motion to dismiss of Defendants J. Kelly, T. Hildreth, and Lewis Smith [Doc. 15] is **GRANTED**, and that the motion to dismiss of Defendant Waln [Doc. 20] is **GRANTED IN PART AND DENIED IN PART.**

_William L. Osteen, Jr._
United States District Judge

Date: February 14, 2012